## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

JONATHON S. TRAUB, Individually,
MARGARET TRAUB,
JONATHON S. TRAUB, as Father and
Next Friend of Jonathon T. Traub, Jr.,
a minor,
JONATHON S. TRAUB, as Father and
Next Friend of Connor Traub, a minor,
JONATHON S. TRAUB, as Father and
Next Friend of Katherine Traub, a minor,
JONATHON S. TRAUB, as Father and
Next Friend of Madeline Traub, a minor,

      Plaintiffs,

  v.

JAYCO, INC.,
JAYCO, INC., OF INDIANA,
ENTEGRA COACH, INC., and
GENERAL R.V. CENTER, INC.,

      Defendants.

Case No.

## Notice of Removal

PLEASE TAKE NOTICE THAT, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendants Jayco, Inc. and Entegra Coach, Inc. (collectively "Jayco"[1]), with full reservation of all defenses, objections, and exceptions, including but not limited to objections to service, venue, and personal jurisdiction, hereby remove the above-

---

[1] As explained more fully below, Entegra Coach, Inc., no longer exists as a separate legal entity and is presently an operating division of Jayco, Inc. Furthermore, the entity "Jayco, Inc. of Indiana" that Plaintiffs named in their complaint does not exist.

captioned action from the Cook County Circuit Court of the State of Illinois. In support of removal, Jayco states as follows:

## Background

1.     On April 25, 2022, plaintiffs Jonathon S. Traub, Margaret Traub, Jonathon T. Traub, Jr., Connor Traub, Katherine Traub, and Madeline Traub, (collectively "the Plaintiffs") commenced this action, entitled *Jonathon S. Traub, Individually, et al. v. Jayco, Inc. et al.,* Case No. 2022 L 003788, against Jayco and General R.V. Center, Inc. ("General RV") by filing a Complaint in the Cook County Circuit Court. Pursuant to 28 U.S.C. § 1446(a), Jayco attaches copies of the state court docket, including all process, pleadings, and orders presently on file in the above-referenced action as Exhibit A to this Notice.

2.     Jayco received the Complaint on April 27, 2022. *See* Decl. of Brett Hummer ("Hummer Decl."), Exhibit C, ¶ 3.

3.     Jayco was served with the Complaint on May 25, 2022. Hummer Decl. at ¶ 4.

4.     As set forth more fully below, this case is properly removed to this Court pursuant to 28 U.S.C. § 1441 because Jayco has satisfied the procedural requirements for removal and this Court has subject matter jurisdiction over this action under 28 U.S.C. § 1332.

## Grounds for Removal

## I.     Jayco has satisfied the procedural requirements for removal.

5. *Removal is Timely*. The Plaintiffs filed this lawsuit on April 25, 2022 and served Jayco with the Complaint on May 25, 2022. Hummer Decl., ¶ 4. Jayco received the Complaint on April 27, 2022. Hummer Decl., ¶ 3. This Notice of Removal is thus timely because Jayco has filed it within 30 days after Jayco first received the Complaint.

6. *Venue is proper*. Venue is proper in this Court under 28 U.S.C. §§ 89 and 1441(a) because the United States District Court for the Northern District of Illinois embraces the Cook County Circuit Court where this action is pending.[2]

7. General RV is the only defendant, other than Jayco.

8. No defendant is a citizen of the State in which this action was brought.

9. No previous request has been made for the relief requested in this Notice of Removal.

10. Jayco will give written notice under 28 U.S.C. § 1446(d) to the Cook County Circuit Court of the filing of this Notice of Removal. Attached to this Notice of Removal as Exhibit B are copies of the Certification of Notice of Removal, which will promptly be filed with the Cook County Circuit Court and served upon Plaintiffs' counsel and General RV. 28 U.S.C. § 1446(a), (d).

---

[2] Although venue is proper in this Court for purposes of removal, Jayco does not concede that this Court is the preferred or most convenient forum for this action. Therefore, Jayco reserves the right to move to transfer this matter to a more convenient forum.

## II. This Court has subject matter jurisdiction under 28 U.S.C. §§ 1332 and 1441.

11.     This Court has subject matter jurisdiction under 28 U.S.C. § 1332 because this is a civil action in which the amount in controversy exceeds the sum of $75,000, exclusive of costs and interest, and is between citizens of different states.

### A.     The amount in controversy requirement is satisfied.[3]

12.     Here, the Complaint on its face alleges an amount in controversy that exceeds the jurisdictional threshold of $75,000. In particular, each of the six plaintiffs allege "substantial damages of a personal, permanent, and pecuniary nature" and each request, a damages award "in excess of FIFTY THOUSAND ($50,000) DOLLARS" *See ex.* Compl. at Counts I, VII, XIII, XIX, XXV, and XXXI.

13.     Accordingly, the amount in controversy in this case exceeds this Court's jurisdictional minimum of $75,000 contained in 28 U.S.C. § 1332(b).

### B.     There is complete diversity of citizenship.

14.     There is complete diversity between Defendants and the Plaintiffs in this action. *See* 28 U.S.C. § 1441(b).

15.     First, Plaintiffs allege that Defendant General RV is a foreign corporation with its principal place of business located in Michigan. Compl. ¶ 12.

16.     Second, Jayco, Inc. is a citizen of Indiana. It is an Indiana corporation whose principal place of business is Middlebury, Indiana. *See* Hummer Decl., ¶ 5.

---

[3] By arguing that the amount in controversy satisfies the requirements for removal, Jayco in no way concedes that it is liable to the Plaintiff as alleged in the Complaint. To the contrary, Jayco expressly denies those allegations and reserves all defenses to the Complaint.

17. Third, Entegra Coach, Inc. was a separate Indiana corporation until February 2009, at which time it merged into Jayco, Inc. As a result of that merger, Entegra Coach, Inc. ceased to exist as a separate legal entity. Presently, Entegra Coach is simply an operating division of Jayco, Inc. *See* Hummer Decl., ¶ 6.

18. Plaintiffs are individuals that reside in the Village of Barrington Hills in the State of Illinois. Comp. ¶¶ 1-7. *See* 28 U.S.C. § 1332(a)(1).

19. Thus, because the Plaintiffs are citizens of Illinois and the Defendants are citizens of Indiana and Michigan, complete diversity of citizenship exists.

20. Jayco reserves the right to amend or supplement this Notice of Removal.

WHEREFORE, Jayco respectfully removes this action from the Cook County Circuit Court to this Court under 28 U.S.C. §§ 1332, 1441, and 1446.

Dated:  May 26, 2022

Respectfully submitted,

/s/ Daniel J. VeNard
Daniel J. VeNard
SouthBank Legal
100 East Wayne Street
Suite 300
South Bend, Indiana 46601
(574) 968-0760
dvenard@southbank.legal

*Attorney for Defendant Jayco, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on May 26, 2022, a true and correct copy of the foregoing

Notice of Removal has been served upon counsel of record by via regular mail.


      Mark T. Schneid
      Daniel R. Chaidez
      LAW OFFICES OF MATHYS & SCHNEID
      1730 Park Street, Suite 209
      Naperville, Illinois 60563

      General R.V. Center, Inc.
      25000 Assembly Park Dr.
      Wixom, MI 48393


By: <u>/s/ Daniel J. VeNard</u>